UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.: 5:07CV-74-R

08 MAY 15 P5:20

FILED
US DISTRICT COURT CLERK
WESTN. DIST. KENTUCKY

FRANCES LYN WOLTMAN V. PEPSI MIDAMERICA CO.

# JURY INSTRUCTIONS

INSTRUCTION NO. 1

Members of the jury, now it is time for me to instruct you about the law that you must follow in deciding this case. I will start by explaining your duties and the general rules that apply in every civil case. Then I will explain the elements, or parts, of the claims in question.

You have two main duties as a juror. The first is to decide what the facts are from the evidence that you saw and heard here in court. Deciding what the facts are is your job, not mine, and nothing that I have said or done during this trial was meant to influence your decision about the facts in any way.

Your second duty is to take the law that I give you, apply it to the facts, and decide if the Plaintiff has proven her case against the Defendant by a preponderance of the evidence. It is my job to instruct you about the law, and you are bound by the oath that you took at the beginning of the trial to follow the instructions that I give you, even if you personally disagree with them. This includes the instructions that I gave you during the trial, and these instructions. All the instructions are important, and you should consider them together as a whole.

The lawyers have talked about the law during their arguments. But if what they said is different from what I say, you must follow what I say. What I say about the law controls.

Perform these duties fairly. Do not let any bias, sympathy or prejudice that you may feel toward one side or the other influence your decision in any way.

INSTRUCTION NO. 2

Your answer to any question must be unanimous.  That is, all eight (8) members of the jury must agree on any answer to the question and verdict.

INSTRUCTION NO. 3

You should use your common sense in weighing the evidence.  Consider it in light of your everyday experience with people and events, and give it whatever weight you believe it deserves. If your experience tells you that certain evidence reasonably leads to a conclusion, you are free to establish that conclusion.

## INSTRUCTION NO. 4

Another part of your job as jurors is to decide how credible or believable each witness was. This is your job, not mine. It is up to you to decide if a witness's testimony was believable, and how much weight you think it deserves. You are free to believe everything that a witness said, or only part of it, or none of it all. But you should act reasonably and carefully in making these decisions.

You may consider other things that you think shed some light on the witness's believability. Use your common sense and your everyday experience in dealing with other people. Then decide what testimony you believe, and how much weight you think it deserves.

INSTRUCTION NO. 5

Some of you have taken notes during the trial.  An individual juror may use notes to refresh his or her memory of evidence presented at trial, but the notes should not be relied upon as definitive fact or as evidence.  Juror notes have no greater weight than memory, and note-aided and non-aided memory are of equal significance.  Jurors should not be influenced by another juror's notes.

INSTRUCTION NO. 6

Plaintiff Frances Lyn Woltman has the burden of proving each and every element of her claims by a preponderance of the evidence.  If you find that she has not proven any one of the elements by a preponderance of the evidence, you must return a verdict on that particular claim for the Defendant.

A preponderance of the evidence is established if you are persuaded a fact is more probably true than not.  In other words, think of an ordinary balance scale, with a pan on each side.  Onto one side of the scale, place all the believable evidence favorable to the Plaintiff.  On the other side, place all of the believable evidence favorable to the Defendant.

Because the Plaintiff must prove her case, the Plaintiff may recover against the Defendant only if she tips the scale in her favor.  If you conclude that the evidence is equally balanced or that it favors the Defendant, you must decide in favor of the Defendant.

INSTRUCTION NO. 7

Upon retiring to the jury room, you will select one of you to act as your foreperson.  The foreperson will preside over your deliberations and will be your spokesperson here in Court.  You will take these instructions to the jury room, and when you have reached a unanimous agreement, you will have your foreperson fill in, date, and sign your answers.

INSTRUCTION NO. 8

Once you start deliberating, do not talk to the jury officer, or to me, or to anyone else except each other about the case.  If you have any questions or messages, you must write them down on a piece of paper, sign them, and then give them to the jury officer.  The officer will give them to me, and I will respond as soon as I can.  I may have to talk to the lawyers about what you have asked, so it may take some time to get back to you.  Any questions or messages normally should be sent to me through your foreperson.

One more thing about messages.  Do not ever write down or tell anyone outside the jury room how you stand on your votes.  That should stay secret until you are finished.

INSTRUCTION NO. 9

It was the duty of Defendant in delivering and stacking its goods in the Kroger store to exercise ordinary care for the safety of other persons in the store.  As used in these instructions, "ordinary care" means such care as the jury would expect an ordinarily prudent person to exercise under similar circumstances.

Do you believe from the evidence that the Defendant failed to comply with this duty as set forth in this Instruction and that such failure was a substantial factor in causing the accident and in causing injuries to Plaintiff?

YES_____        NO_____

FOREPERSON_███████████████        DATE___5-15-08___

If you answer "YES" to this question, please proceed to Instruction No. 10 on the next page. If you answer "NO," your verdict must be for the Defendant and you need not proceed further in considering this claim.

10

### INSTRUCTION NO. 10

If you answered "YES" to Instruction No. 9, you must determine what damages Plaintiff suffered as a result of the accident on February 21, 2006. You will determine from the evidence and award Plaintiff the sum of money that will fairly and reasonably compensate her for any damages you believe from the evidence she has sustained as a result of the accident on February 21, 2006.

If you determine that the Plaintiff is entitled to recover damages for her injuries, your award shall include compensation for losses attributable or related to her pre-existing physical condition, but only if and to the extent that such pre-existing condition was aroused or aggravated by the accident in question.

    (a)    Necessary and reasonable expenses for medical services to date:   $_____

    (b)    Lost wages, income, and employee benefits to date:   $_____

    (c)    Pain and suffering (mental and physical) Plaintiff has probably endured to date:   $_____

        TOTAL:   $_____

_____      _____

      FOREPERSON               DATE

11